**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND (GREENBELT)**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO.    25-12284 |
| **SHENIQUA MINAE HARRIS** | : | CHAPTER    13 |
| | : | Judge: Maria Ellena Chavez-Ruark |
| Debtor | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
**RE: INTERESTED PARTY: BALTIMORE XV PROPERTIES LLC**

TO THE CLERK OF THE COURT, DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

Please enter the appearance of Byron L. Huffman, Esq., as attorney for **BALTIMORE XV PROPERTIES LLC** , Interested Party, who has been engaged by that Interested Party to serve as the said Interested Party's attorney and authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address of the undersigned as indicated below.

/s/ Byron L. Huffman_____
Byron L. Huffman, Esq.
Byron L. Huffman, P.C.
PO Box 369
Columbia, Maryland 21045
US Bar No. 25303
410-381-3800
Cell: 301-980-8595
Fax: 410-381-3187
E-mail Address: byron@byronlhuffmanpc.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notice was served electronically on May 12, 2025, by filing with the ECF System, upon:

Timothy P. Branigan, Chapter 13 Trustee

Brian Williams, Esq., Attorney for Debtor

I hereby further certify that a copy of the foregoing Notice of Appearance and Request for Notice was also mailed on May 12, 2025, first class mail, postage prepaid, to:

Sheniqua Minae Harris
8335 Founders Woods Way
Fort Washington, MD 20744

/s/ Byron L. Huffman_____
Byron L. Huffman, Esq.