**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)**

| | |
|---|---|
| IN RE: : | |
| : | CASE NO.    25-12284 |
| **SHENIQUA MINAE HARRIS** : | CHAPTER    13 |
| : | Judge: Maria Ellena Chavez-Ruark |
| Debtor : | |

**OBJECTION OF BALTIMORE XV PROPERTIES LLC TO CONFIRMATION OF CHAPTER 13 PLAN**

Baltimore XV Properties LLC ("Baltimore XV"), purchaser at sheriff's sale of 8335 Founders Woods Way, Fort Washington, MD 20744 (the "Property"), claimed as an asset by the Debtor, objects to the Debtors' Chapter 13 Plan filed March 17, 2025, and says:

1. The Property is not an asset of the Debtor's bankruptcy estate, it having been sold to Baltimore XV on August 29, 2023.

2. A sheriff's sale vests title to the Property sold in the purchaser at the time of the sale by virtue of the sale. The subsequent sheriff's sale deed has "no effect upon that title other than to confirm it." *Lewis v. Rippons*, 282 Md. 155, 163, 383 A.2d 676, 681 (1978).

3. *Lewis v. Rippons* was decided prior to the enactment of Maryland Rules 2-644 and 3-644 in 1984 (see, *Fowler v. Fitzgerald*, 82 Md. App. 166, 174, 570 A.2d 866, 870 (1990)), but, as observed immediately above, those rules only pertain to the ratification of a sheriff's sale, not the effect of the sale.

4. Thus, Baltimore XV has ownership of the Property as a result of the sheriff's sale as of the date of the sheriff's sale (see, *Lannay's Lease v. Wilson*, 30 Md 536 (1869)).

5. As in the case of foreclosure sales, the Property ceased to be property of the Debtor on the date of the sheriff's sale. See 11 U.S.C. § 541; *In re Denny*, 242 B.R. 593, 599

(Bankr. D. Md. 1999) (finding that a filing after "falling of the auctioneer's gavel simply comes too late").

6.      To the extent that the Plan seeks to divest Baltimore XV of ownership of the Property, Baltimore XV objects to it.

WHEREFORE, Baltimore XV prays this Court to deny confirmation of the Plan.

/s/ Byron L. Huffman
Byron L. Huffman, Esq.
Byron L. Huffman, P.C.
PO Box 369
Columbia, Maryland 21045
US Bar No. 25303
410-381-3800
Cell: 301-980-8595
Fax: 410-381-3187
E-mail Address: byron@byronlhuffmanpc.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection to Plan was served electronically on May 12, 2025, by filing with the ECF System, upon:

Timothy P. Branigan, Chapter 13 Trustee

Brian Williams, Esq., Attorney for Debtor

I hereby further certify that a copy of the foregoing Objection to Plan was also mailed on May 12, 2025, first class mail, postage prepaid, to:

Sheniqua Minae Harris
8335 Founders Woods Way
Fort Washington, MD 20744

 /s/ Byron L. Huffman_____
Byron L. Huffman, Esq