IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Sheniqua Minae Harris | : | Case No.:   25-12284 |
| | : | |
| debtor | : | Chapter 13 |
| | : | |
| _____ | : | |

**OPPOSITION TO MOTION FOR RELIEF FROM
AUTOMATIC STAY**

**Comes now the Debtor/Respondent, Sheniqua Minae Harris**, by and through her attorney, Brian Williams, Esquire, and files this Opposition to Movant, First Metro's Motion For Relief From Automatic Stay and in support of which states the following:

1. That she admits the allegations of Paragraphs 1-10.

2. That she denies the allegations of Paragraphs 11-21.  Debtor intends to file an Adversarial Proceeding to quiet title.

**WHEREFORE**, the debtor prays that this Court:

1. Dismiss Movant's Motion for Relief From Automatic Stay; and

2. For such other and further relief as the nature of this cause may require.

Respectfully Submitted,

/s/Brian Williams
Brian Williams, #14331
6745 New Hampshire Ave, ste 205
Hyattsville, MD 20783
(301)891-8485
Attorney for debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically by the CM/ECF system, I caused a copy of the Debtor's Opposition to Motion for Relief from Automatic Stay, to be sent on May 23, 2025, by first class U.S. mail, postage prepaid, to Brian Burkett, Esq., Attorney for Movant, the Chapter 13 Trustee.

/s/Brian Williams
Brian Williams