UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| IN Re: | : | |
| | : | |
| | : | |
| Sheniqua Minae Harris | : | Case Number: 25-12284 |
|    debtor | : | Chapter 13 |
| | : | |
| _____ | : | |

**<u>LINE</u>**

Debtor, through counsel, requests the Court enter an Order Denying Confirmation of Debtor's 13 Plan, Doc 5, Without Leave to Amend.

                                                              Respectfully Submitted,

                                                              <u>/s/Brian Williams</u>
                                                               MD14331
                                                               Brian C. Williams
                                                               6475 New Hampshire Avenue
                                                               Suite 205
                                                               Hyattsville, MD 20783
                                                               (301)891-8485
                                                               Attorney for Debtor