| Fill in this information to identify the case: |
|---|
| Debtor 1   Sheniqua Minae Harris |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the: _____   District of   MARYLAND (State) |
| Case number   25-12284 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   NATIONSTAR MORTGAGE LLC              **Court claim no. (if known)**   11

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX2150

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. Other. Specify:   Plan Review | 3/27/2025 | (11) | $ $350.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Sheniqua Minae Harris | | Case number (*if known*) | 25-12284 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Maria Tsagaris | | Date | 05/30/2025 |
|---|---|---|---|---|---|
| | | Signature | | | |

| Print: | Maria | | Tsagaris | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLP |
|---|---|

| Address | 1544 Old Alabama Road |
|---|---|
| | Number    Street |
| | Roswell    GA    30076 |
| | City    State    ZIP Code |

| Contact phone | 678-281-6532 | Email | Maria.Tsagaris@mccalla.com |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

**In re:**                                    )
                                              )  **Case No.** 25-12284
Sheniqua Minae Harris                         )  **Chapter** 13
                                              )
                                              )  **JUDGE:** MARIA ELLENA CHAVEZ-RUARK

## EXHIBIT B

ITEMIZATION OF CLAIM

Other                                                                                              $350.00

| | | |
|---|---|---|
| 03/27/2025 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $350.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                                **$350.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:  
    Sheniqua Minae Harris

Bankruptcy Case No.: 25-12284  
Chapter: 13  
Judge: Maria Ellena Chavez-Ruark

## CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Sheniqua Minae Harris  
1203 Pickering Circle  
Upper Marlboro, MD 20774

Brian Williams                                    *(Served via ECF Notification)*  
Law Office of Brian Williams  
6475 New Hampshire Ave. Ste. 205  
Hyattsville, MD 20783

Timothy P. Branigan                       *(Served via ECF Notification)*  
9891 Broken Land Parkway  
Suite 301  
Columbia, MD 21046

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   06/05/2025   By:   /s/Maria Tsagaris  
                    (date)                  Maria Tsagaris  
                                                   Authorized Agent for Creditor